**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

MALINDA JOHNSON and
BUBBA JOHNSON                                                                  PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 2:03CV227-P-A

DAVIDSON LADDERS, INC., and
LOUISVILLE LADDER GROUP, LLC                                         DEFENDANTS

## ORDER

This cause came on for hearing on defendant's Motion(s) for Summary Judgment [193] and [221]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' motions are well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion(s) for Summary Judgment [193-] and [221] are well-taken and should be, and hereby are, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

This, the 3rd day of August, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE